The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMEO BALEN, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE, INC.,<br><br>Defendant. | No. C 07-0645 RSM<br><br>[PROPOSED] ORDER GRANTING HOLLAND AMERICA LINE'S MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFF'S COMPLAINT |

THIS MATTER came before the Court on Holland America Line Inc.'s Motion to Compel Arbitration and Dismiss Plaintiff's Complaint. The Court has considered that Motion, as well as the pleadings on file in this action and the papers filed both in support of and in opposition to that Motion. Based upon that material, IT IS HEREBY

ORDERED that defendant's motion to compel arbitration is GRANTED. Because the parties have agreed to arbitrate their disputes in conformity with Section 29 of the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On Board Ocean Going Vessels, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

DATED this ___ day of July, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING HOLLAND AMERICA LINE'S MOTION TO
COMPEL AND DISMISS PL.'S COMPLAINT (CV07-00645 RSM) – 1
SEA 2042488v1 0020397-000083

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP
   Attorneys for Defendant Holland America Line Inc.

3  By */s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
4  Darcy W. Shearer, WSBA # Pending
   1201 Third Avenue, Suite 2200
5  Seattle, WA 98101
   Telephone: (206) 757-8136
6  Fax: (206) 757-7136
   E-mail: steverummage@dwt.com
7           darcyshearer@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING HOLLAND AMERICA LINE'S MOTION TO
COMPEL AND DISMISS PL.'S COMPLAINT (CV07-00645 RSM) – 2
SEA 2042488v1 0020397-000083

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700