THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMEO BALEN, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>HOLLAND AMERICA LINE INC.,<br>a Washington corporation,<br><br>     Defendant. | No. C 07-0645 RSM<br><br>NOTICE OF APPEAL TO THE UNITED STATES CIRCUIT COURT OF APPEAL FOR THE NINTH CIRCUIT |

Romeo Balen, the Appellant herein ("Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Granting Motion to Compel Arbitration entered on November 20, 2007, attached as Exhibit A, Judgment By Court dismissing the case on November 21, 2007, attached as Exhibit B, and the Order Denying Balen's Motion for Leave to File Joseph A Capuyan Affidavit.

DATED and respectfully submitted this 30th day of November, 2007.

Co-Counsel Attorneys for Plaintiff,
Ross B. Toyne, Esq.
TOYNE & MAYO, P.A.
Washington Mutual Bank Building
150 SE 2nd Avenue, Suite 1025

NOTICE OF APPEAL TO THE UNITED STATES
CIRCUIT COURT OF APPEAL FOR THE NINTH
CIRCUIT - **C 07-0645** RSM - 1

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

Miami, FL 33131
rbtoyne@passengerlaw.com
(305) 377-1910 (Telephone)
(305) 377-1915 (Facsimile)

-AND-

David W. Brill, Esq.
Juan M. Garcia, Esq.
DOWNS BRILL WHITEHEAD
Mercantile Bank Building
One Southwest 129th Avenue, Suite 305
Pembroke Pines, FL 33027
dbrill@dbwlaw.com
jgarcia@dbwlaw.com
(954) 447-3556 (Telephone)
(954) 447-3557 (Facsimile)

-AND-

Charles P. Moure, Esq.
HarrisMoure pllc
720 Olive Way, Suite 1000
Seattle, WA 98101
charles@harrismoure.com
(206) 224-5657 (Telephone)
(206) 224-5659 (Facsimile)

By: /s Charles P. Moure
WSBA #23701

NOTICE OF APPEAL TO THE UNITED STATES
CIRCUIT COURT OF APPEAL FOR THE NINTH
CIRCUIT - **C 07-0645** RSM - 2

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA  98101
Phone: (206) 224-5657
Fax: (206) 224-5659